UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VERONICA HARRIS,            )
                            )
           Plaintiff,       )
                            )
    v.                      )   Civil Action No. 11 1664
                            )
U.S. MILITARY, et al.,      )
                            )
           Defendants.      )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the

1

doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges that she has been "threaten[ed] and assault[ed] by P.G. Police office[rs,] . . . hazed by U.S. State Military," and subjected to tear gas coming "through air vents when staying at [her] grandmother['s] house." Compl. at 1. She neither states a claim showing her entitlement to relief nor demands any particular relief. As drafted, the complaint fails to give fair notice to the defendants of the claims asserted against them. The complaint fails to comply with Rule 8(a), and, therefore, it will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

/s/
_____
United States District Judge
J. Roberts

DATE: 9/13/11